Brian B. Williams, OSB No. 964594
Alison R. Barber, OSB No. 085581
HITT HILLER MONFILS WILLIAMS LLP
411 SW Second Avenue, Suite 400
Portland, Oregon 97204
Telephone:  (503) 228-8870
Facsimile:  (503) 228-4250
E-mail Address: bwilliams@hittandhiller.com
E-mail Address: abarber@hittandhiller.com

Of Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| SHANNA GOLDEN,<br>                    Plaintiff,<br><br>    v.<br><br>FEDEX FREIGHT, INC., a foreign business<br>corporation, OSVALDO RIGOBERTO RUIZ,<br><br>                    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>**DEMAND FOR JURY TRIAL** |

TO:    The Judges of the United States District Court for the District of Oregon; Clerk of Multnomah County Circuit Court of the State of Oregon; and Liz Walling, attorney for plaintiff.

Defendants give notice of removal as follows:

1.    On or about December 23, 2021, an action was commenced in Circuit Court of the State of Oregon for the County of Multnomah entitled: ***Shanna Golden****, Plaintiff v.* ***FedEx Freight, Inc.,*** *a foreign business corporation,* and ***Osvaldo Rigoberto Ruiz****, Defendants*, and bearing Case No. 21CV48699.  A copy of the Complaint is attached hereto as Exhibit 1 and made of part of this Notice.

2.    Service on defendant FedEx Freight was accomplished on or about January 4, 2022;

**NOTICE OF REMOVAL**
Page 1

it is believed that defendant Ruiz has not been served.  A copy of the summons served on FedEx Freight is attached as Exhibit 2.  No other pleadings have been filed in the state court action.

3.      Thirty (30) days or less have elapsed since this action became removable to this court.  28 U.S.C. § 1446(b).

4.      This action is removable based on diversity.  That is, this a civil action over which this court has original jurisdiction under 28 USC § 1332, and is one which may be removed to this court by defendants pursuant to the provisions of 28 USC § 1441, in that it is a civil action wherein the matter in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states or a foreign state.  Neither defendant is a citizen of the state of Oregon. Defendant FedEx Freight is a Delaware corporation with its principal place of business in Arkansas. Defendant Ruiz is a citizen of Utah.

5.      Plaintiff was at the time of filing of this action, and still is, a citizen of the State of Oregon.

6.      Less than one year has passed since this action was commenced.

THEREFORE, Defendants give notice that the above action now pending in the Circuit Court of the State of Oregon for the County of Multnomah as Case No. 21CV48699 has been removed therefrom to this court.

DATED: January __/)__, 2022.

HITT HILLER MONFILS WILLIAMS LLP

By: _____
Brian B. Williams, OSB No. 964594
Alison R. Barber, OSB No. 085581
Of Attorneys for Defendants
TRIAL ATTORNEY:  Brian B. Williams

**NOTICE OF REMOVAL**
Page 2

12/23/2021 1:49 PM
21CV48699

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | | |
|---|---|---|
| SHANNA GOLDEN, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **COMPLAINT** |
| | ) | (Personal Injury – Negligence) |
| v. | ) | |
| | ) | Prayer:  $435,000.00 |
| | ) | (ORS 21.160(1)(c)) |
| FEDEX FREIGHT, INC.; and | ) | |
| OSVALDO RIGOBERTO RUIZ, | ) | Claim Not Subject to Mandatory |
| | ) | Arbitration |
| Defendants. | ) | |
| | ) | **JURY TRIAL DEMANDED** |

Plaintiff Shanna Golden alleges:

1.

At all material times herein, plaintiff Shanna Golden was a resident of Union County,

Oregon.

2.

At all material times herein, defendant FedEx Freight, Inc. was and is a foreign

business corporation that conducts regularly sustained business activity in Multnomah

County, Oregon.

3.

On information and belief and at all material times herein, defendant Osvaldo

Rigoberto Ruiz was a resident of Salt Lake County, Utah.

Page 1 – COMPLAINT

MAYOR LAW, LLC
7157 SW BEVELAND STREET, SUITE 100
TIGARD, OR 97223
503-444-2825
EXHIBIT 1
Page 1 of 6

4.

On information and belief and at all material times herein, defendant Osvaldo Rigoberto Ruiz was acting in the course and scope of his employment for FedEx Freight, Inc.

5.

On December 13, 2019, plaintiff was driving north-westbound on Interstate-84 near mile post 289 outside of North Powder, Oregon. At the same time, defendant Ruiz was driving a semi-truck for defendant FedEx Freight, Inc. traveling some distance ahead of plaintiff. Suddenly and without warning, two tires flew off defendants' semi-truck. One of the tires violently struck plaintiff's vehicle causing plaintiff personal injuries.

For her FIRST CLAIM FOR RELIEF against defendants FedEx Freight, Inc. and Osvaldo Rigoberto Ruiz, plaintiff Shanna Golden alleges as follows:

**NEGLIGENCE**

6.

Plaintiff Shanna Golden re-alleges paragraphs 1-5 as if fully set forth herein.

7.

At all times, it was foreseeable that defendants' conduct could cause serious personal injuries to other motorists, including plaintiff.

8.

This incident and resulting damages were caused by the negligence of defendants in one or more of the following particulars:

a)      In failing to maintain control of the vehicle;

b)      In failing to maintain the vehicle in proper working order;

c)      In failing to inspect the vehicle before driving it on a public highway;

MAYOR LAW, LLC
7157 SW BEVELAND STREET, SUITE 100
TIGARD, OR 97223
503-444-2825

EXHIBIT 1
Page 2 of 6

d)      In driving the vehicle on a public highway when it was not in proper working order; and

e)      In driving too fast for the conditions then and there present.

9.

As a direct and proximate result of defendants' negligent acts and omissions set forth herein, plaintiff Shanna Golden suffered personal injuries consisting of injuries to her jaw, abdomen, left wrist, left elbow, shoulders, neck, left leg, back, chest, and post traumatic stress disorder, some of which injuries may be permanent.

10.

Because of the injuries, conditions and symptoms sustained in the incident, plaintiff incurred medical damages in the approximate amount of $25,000.00, the exact amount to be proven at trial. Plaintiff will also incur future medical expenses in an amount to be determined at trial, but not to exceed $50,000.00.

11.

As a result of said personal injuries, plaintiff has lost wages in the approximate amount of $60,000.00, the exact amount to be proven at trial.

12.

As a result of defendants' negligence, plaintiff suffered personal injuries that have caused and will continue to cause in the future pain and discomfort and interference with normal and usual activities. Plaintiff's injuries have also caused her loss of enjoyment of life. For the above injuries, conditions and symptoms, plaintiff should be awarded non-economic damages in an amount which a jury decides is fair, but not to exceed $300,000.00.

/ / /

/ / /

Page 3 – COMPLAINT

MAYOR LAW, LLC
7157 SW BEVELAND STREET, SUITE 100
TIGARD, OR 97223
503-444-2825

EXHIBIT 1
Page 3 of 6

For her SECOND CLAIM FOR RELIEF against defendant FedEx Freight, Inc., plaintiff Shanna Golden alleges as follows:

## NEGLIGENCE

13.

Plaintiff Shanna Golden re-alleges paragraphs 1-5 as if fully set forth herein.

14.

At all times, it was foreseeable that defendant FedEx Freight, Inc.'s conduct could cause serious personal injuries to other motorists, including plaintiff.

15.

This incident and resulting damages were caused by the negligence of defendant FedEx Freight, Inc. in one or more of the following particulars:

a)     In failing to maintain the vehicle in proper working order;

b)     In failing to inspect the vehicle before it was driven on a public highway;

c)     In failing to train defendant Osvaldo Rigoberto Ruiz in the maintenance and/or use of the vehicle; and

d)     In allowing its employee to drive its vehicle on a public highway when it was not in proper working order.

16.

As a direct and proximate result of defendant FedEx Freight, Inc.'s negligent acts and omissions set forth herein, plaintiff Shanna Golden suffered personal injuries consisting of injuries to her jaw, abdomen, left wrist, left elbow, shoulders, neck, left leg, back, chest, and post-traumatic stress disorder, some of which injuries may be permanent.

/ / /

/ / /

/ / /

Page 4 – COMPLAINT

MAYOR LAW, LLC
7157 SW BEVELAND STREET, SUITE 100
TIGARD, OR 97223
503-444-2825
EXHIBIT 1
Page 4 of 6

17.

Because of the injuries, conditions and symptoms sustained in the incident, plaintiff incurred medical damages in the approximate amount of $25,000.00, the exact amount to be proven at trial.  Plaintiff will also incur future medical expenses in an amount to be determined at trial, but not to exceed $50,000.00.

18.

As a result of said personal injuries, plaintiff has lost wages in the approximate amount of $60,000.00, the exact amount to be proven at trial.

19.

As a result of defendant FedEx Freight, Inc.'s negligence, plaintiff suffered personal injuries that have caused and will continue to cause in the future pain and discomfort and interference with normal and usual activities. Plaintiff's injuries have also caused her loss of enjoyment of life.  For the above injuries, conditions and symptoms, plaintiff should be awarded non-economic damages in an amount which a jury decides is fair, but not to exceed $300,000.00.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 5 – COMPLAINT

MAYOR LAW, LLC
7157 SW BEVELAND STREET, SUITE 100
TIGARD, OR 97223
503-444-2825

EXHIBIT 1
Page 5 of 6

1    WHEREFORE, plaintiff Shanna Golden prays for a judgment in her favor against

2    defendants for past medical damages of approximately $25,000.00, the exact amount to be

3    proven at trial; future medical damages in an amount to be determined at trial, but not to

4    exceed $50,000.00; lost wages in the approximate amount of $60,000.00, the exact amount to

5    be proven at trial; non-economic damages in the amount which a jury determines is fair, but

6    not to exceed $300,000.00; pre-judgment interest; for plaintiff's costs and disbursements

7    incurred herein; and for such other relief as the Court deems just and proper.

8

9    **Plaintiff Demands Trial by Jury.**

10   DATED this 23rd day of December, 2021.

11                          MAYOR LAW, LLC

12

13                          */s/ Liz Walling*
                            Liz Walling, OSB No. 164406
14                          Travis Mayor, OSB No. 053210
                            Attorneys for plaintiff Shanna Golden
15

16

17

18

19

20

21

22

23

24

25

26

Page 6 – COMPLAINT

MAYOR LAW, LLC
7157 SW BEVELAND STREET, SUITE 100
TIGARD, OR 97223
503-444-2825
EXHIBIT 1
Page 6 of 6

In the Circuit Court of the State of Oregon
For the County of Multnomah

SHANNA GOLDEN,                    )
                                  )    Case No. 21CV48699
                    Plaintiff,    )
                                  )    SUMMONS
        v.                        )
                                  )
FEDEX FREIGHT, INC.; and OSVALDO  )
RIGOBERTO RUIZ,                   )
                                  )
                    Defendants.   )
                                  )
                                  )
                                  )

**To: FedEx Freight, Inc., c/o C T Corporation System, 780 Commercial St SE, Suite 100, Salem, OR 97301.**

**You are hereby required to appear** and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Oregon State Bars Lawyer Referral Service online at www.oregonstatebar.org or by calling (503)-684-3763 (in the Portland metropolitan area) or toll-free elsewhere at (800)-452-7636.

_Liz Walling_
Liz Walling, OSB No. 164406

STATE OF OREGON       )
                      ) ss.
County of Washington  )

I, the undersigned attorney of record for the plaintiff(s), certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_Liz Walling_
Liz Walling, OSB No. 164406

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:** You are hereby directed to serve a true copy of this summons, together with a true copy of the first amended complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_Liz Walling_
Liz Walling, OSB No. 164406

Post office address at which papers in the above-entitled action may be served by mail:

Liz Walling, OSB No. 164406
Mayor Law, LLC, 7157 SW Beveland St., Suite 100, Tigard OR 97223
Telephone: (503) 444-2825

**PAGE I - SUMMONS**

EXHIBIT
Page 1 of 1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF REMOVAL** on:

Liz Walling
Mayor Law
7157 SW Beveland Street, Suite 100
Tigard, OR 97223
Fax: 503-223-6827

*Attorney for Plaintiff*

by the following indicated method or methods:

[X]   by **MAILING** a full, true, and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ]   by causing a full, true, and correct copy thereof to be **HAND-DELIVERED** to the attorney at the attorney's last-known office address listed above on the date set forth below.

[ ]   by sending a full, true, and correct copy thereof via **OVERNIGHT COURIER** in a sealed, prepaid envelope, addressed to the attorney as shown above, at the last-known office address of the attorney, on the date set forth below.

[X]   by **FAXING** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed.

DATED: January _11_, 2022.

_____
Alison R. Barber, OSB No. 085581
Brian B. Williams, OSB No. 964594
Attorneys for Defendants

**NOTICE OF REMOVAL**
Page 3